IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 16-cv-02300-WYD

NOOSA YOGHURT, LLC,

Plaintiff,

v.

SCHREIBER FOODS, INC.,

Defendant.

---

**ORDER OF DISMISSAL**

---

In accordance with the Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41 filed February 16, 2017 (ECF No. 26), it is

ORDERED that this case is **DISMISSED WITH0UT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 17, 2017

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge